UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA  5:13-mj-00005 JLT

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Michael Gordon,<br><br>Defendant. | Case / Citation No. FAMT0011 / CA 40<br><br>DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE; ORDER |

Defendant hereby requests a Court Order waiving his/her appearance at his/her Feb 05, 2013 hearing, scheduled for _____ at 9 a.m. Defendant resides in Lake Isabella, CA and it would be a financial hardship for him/her to travel to Bakersfield, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his/her presence at the upcoming hearing.

Defendant hereby waives his/her presence at the Feb. 05, 2013 hearing on _____, at 9 a.m. and requests the Court proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she was personally present. This request is made pursuant to Fed. R. Crim. P. 43(b)(2).

Dated: 1/8/2013       _____
                      Defendant (Signature)

Dated: 1/8/2013       _____
                      Defendant's Counsel

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on February 5, 2013.

Dated: 1/15/13        _____
                      Jennifer L. Thurston
                      U.S. Magistrate Judge

1